USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-22-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

   - v. -

ALEXANDER MITCHELL,

                Defendant.

------------------------------------------------------------------- x

24 CR 469 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Status Conference is set for **August 27, 2024**, at **12:30 p.m.**

**SO ORDERED.**

**Dated:**    New York, New York
             August 22, 2024

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**