```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-8-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
UNITED STATES OF AMERICA,

          - v. -

ALEXANDER MITCHELL,

                     Defendant.

--------------------------------------------------------------- x

24-CR-00469 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    Due to a conflict on the Court's calendar, the status conference set for October 22, 2024, is rescheduled to **October 15, 2024**, at **12:00 p.m.**

**SO ORDERED.**

Dated:    New York, New York
             October 8, 2024

                                              ANDREW L. CARTER, JR.
                                              United States District Judge