```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-10-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                              **Plaintiff,**

   -against-

ALEXANDER MITCHELL,

                              **Defendant.**

-------------------------------------------------------------- x

24-CR-469 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Status Conference is set for **December 17, 2024,** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            October 10, 2024

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**