MEMO ENDORSED



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 1, 2025

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-1-25
```

Honorable Andrew L. Carter
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Alexander Mitchell*, No. 24 Cr. 469 (ALC)

Dear Judge Carter:

The Government writes respectfully, with the consent of the defendant, to request that the Court adjourn the next status conference in this matter, which is currently scheduled April 3, 2025, at 12:00 p.m., by approximately forty-five days to a date convenient for the Court. Government counsel is currently on trial, and the discovery process and discussions about a pretrial disposition of this case are ongoing. The additional time will allow those processes to continue.

The Government further respectfully requests, without objection from the defendant, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from April 3, 2025, through the date of the next scheduled conference, to allow the Government to produce discovery, to allow defense counsel time to review the discovery and consult with the defendant, and to allow the parties to continue plea discussions. The ends of justice served by the granting of the continuance requested outweigh the interests of the public and the defendant in a speedy trial. A proposed order is enclosed.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By:   /s/
Ryan W. Allison
Assistant United States Attorney
Tel: 212-637-2474

cc:   Counsel of Record (via ECF)

*The entire application is granted. The status conference is adjourned to 5/20/25 at 12 p.m. So Ordered.*

*/s/ Andrew L. Carter*
*4/1/25*